WN:TMM
F.# 2010R00816/OCDETF # NY-NYE-486

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------- X

UNITED STATES OF AMERICA

     - against -

                                  Cr No. _____

MICHAEL FRANCIS,

        Defendant.

-------------------------------- X

       Please TAKE NOTICE that the undersigned will move this Court, before a District Judge to be assigned, for leave to file an information upon the defendant MICHAEL FRANCIS' waiver of indictment pursuant to Rule 7(b) of Federal Rules of Criminal procedure.

Dated:    Brooklyn, New York
         June 18, 2010

                                 LORETTA E. LYNCH
                                 United States Attorney

          By: _____
                Toni M. Mele
                Assistant U.S. Attorney
                (718) 254-6138

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

USAO# _2010R00816_

1.    Title of Case:   United States v.  Michael Francis

2.    Related Magistrate Docket Number(s)        M 10 - 438

         None ( )

3.    Arrest Date:    May 6, 2010

4.    Nature of offense(s):  X        Felony
                             ☐        Misdemeanor

5.    Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the
      Local E.D.N.Y. Division of Business Rules):___None

6.    Projected Length of Trial:    Less than 6 weeks      ( X )
                                    More than 6 weeks      (   )

7.    County in which crime was allegedly committed:        KINGS
      (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.    Has this indictment been ordered sealed?              ( X ) Yes  ( ) No

9.    Have arrest warrants been ordered?                    ( X )Yes  ( ) No

10.   Is a capital count included in the indictment?        ( ) Yes  ( X ) No


                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                      By:     _____

                              TONI M. MELE
                              Assistant U.S. Attorney
                              (718) 254-6138


Rev. 10/01/03