# United States District Court

<u>EASTERN</u> **DISTRICT OF** <u>NEW YORK</u>

UNITED STATES OF AMERICA

v.

MICHAEL FRANCIS,

Defendant(s).

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 10 cr 479

I, <u>MICHAEL FRANCIS</u>, the above named defendant, who is accused of

Conspiracy to 5 kilograms or more of a substance containing cocaine, in violation of Title 21, U.S.C Section 963

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>June 24, 2010</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

s/Allyne R. Ross

Before: _____
Judicial Officer