LMN:TMM
F. #2010R00816

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 10-479 |
| MICHAEL FRANCIS, | (T. 21, U.S.C., §§ 960(a)(1), 960(b)(1)(B)(ii) and 963; T. 18, U.S.C., §§ 3551 et seq.) |
| Defendant. | |

- - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

CONSPIRACY TO IMPORT COCAINE

On or about and between October 1, 1998 and February 28, 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL FRANCIS, together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved 5 kilograms or more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(B)(ii); Title 18, United States Code, Sections 3551 et seq.)

By: _____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK